UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GARLAND HORTON**,<br>Plaintiff,<br>vs.<br>**HEATHER'S FLOWERS, INC.; WALKER VENICE PROPERTIES LLC**; and DOES 1 to 10,<br>Defendants. | Case No.: **2:26-cv-07008-PA (AYPx)**<br>**ORDER GRANTING DISMISSAL OF THE ENTIRE ACTION**<br>**JS 6** |

Based on the request from Plaintiff and for good cause shown:

IT IS HEREBY ORDERED that the entire action be dismissed without prejudice.

SO ORDERED.

DATED: August 13, 2026

_ Percy Anderson,
United States District Judge